Certificate Number: 17082-PAE-DE-035226481

Bankruptcy Case Number: 20-14529



17082-PAE-DE-035226481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 1, 2021, at 6:26 o'clock PM MST, KIMBERLY A KURDES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 1, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director