Certificate Number: 17082-PAM-DE-035230847

Bankruptcy Case Number: 20-03135



17082-PAM-DE-035230847

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2021, at 4:49 o'clock PM MST, RICKY L KISTLER Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 4, 2021     By: /s/Mary J Miller

Name: Mary J Miller

Title: Certified Credit Counselor